UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGIODYNAMICS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>NORFOLK MEDICAL PRODUCTS, INC.,<br><br>        Defendant. | Civil Action No. 1:14-cv-12246-RWZ |

**ASSENTED-TO MOTION FOR EXTENSION OF DEADLINE FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff AngioDynamics, Inc. ("Plaintiff") files this Assented-to Motion for Extension of Deadline for Defendant Norfolk Medical Products, Inc. ("Defendant") to Answer or Otherwise Respond to Plaintiff's Complaint. As grounds for this Motion, Plaintiff states as follows:

1. Defendant was served with a Summons and a copy of Plaintiff's Complaint on June 13, 2014. The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is presently July 4, 2014.

2. Defendant, through its counsel, assents to this Motion.

3. This is the first request for an extension of any deadline to answer or otherwise respond to Plaintiff's Complaint.

4. Plaintiff requests that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint be extended by a two-week period, such that the new deadline shall be July 18, 2014.

Dated: July 2, 2014               Respectfully submitted,

By:    /s/ *Scott T. Bluni*_____
Scott T. Bluni, BBO #660187
sbluni@kdbfirm.com
**KACVINSKY DAISAK BLUNI PLLC**
50 Doaks Lane
Marblehead, Massachusetts 01945
(781) 336-0113

*Attorneys for Plaintiff*

## CERTIFICATE UNDER LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for Plaintiff AngioDynamics, Inc. has conferred with counsel for Defendant Norfolk Medical Products, Inc. concerning the subject matter of this Assented-to Motion for Extension of Deadline for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint in an effort to resolve or narrow the issued raised herein, and that Defendant assents to the relief requested.

*/s/ Scott T. Bluni*_____

## CERTIFICATE OF SERVICE

I, Scott T. Bluni, attorney for Plaintiff AngioDynamics, Inc., hereby certify that this document filed through the ECF system will be served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any non-registered participants.

*/s/ Scott T. Bluni*_____